No. 386. EL PUEBLO *v.* ARCHILLA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª.  Resuelto en octubre 26, 1911.  Confirmada la sentencia apelada.  Abogado del apelante: *Sr. Ramón Falcón.*  Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

—————

No. 380. EL PUEBLO *v.* ORTIZ ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª.  Resuelto en octubre 26, 1911.  Confirmada la sentencia apelada.  Abogados de los apelantes: *Sres. Cayetano Coll y Cuchí y Pedro González.*  Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

—————

No. 383. EL PUEBLO *v.* AMADOR.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª.  Resuelto en octubre 30, 1911.  Confirmada la sentencia apelada.  Abogado del apelante: *Sr. Ramón Falcón.*  Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

—————

No. 773. ENRICH *v.* FORTEZA ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª.  Moción para que se desestime la apelación.  Resuelto en octubre 30, 1911.  Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil enmendado por ley de marzo 9, 1911, y 40 del Reglamento del Tribunal Supremo.  Abogado de los promoventes: *Sr. Cayetano Coll y Cuchí.*  Abogados de la parte contraria: *Sres. López Landrón y Rincón.*